Pfeiffer Thigpen FitzGibbon & Ziontz LLP
233 Wilshire Blvd., Suite 220
Santa Monica, California 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY KAPPE, | Case No. CV 09-03459 ODW (CWx) |
| Plaintiff, | [Assigned to Hon. Otis D. Wright II] |
| v. | **JUDGMENT IN FAVOR OF DEFENDANT LIFE INSURANCE SETTLEMENTS, INC.** |
| AXA EQUITABLE LIFE INSURANCE COMPANY, LIFE INSURANCE SETTLEMENTS, INC., DOES 1-10, | |
| Defendants. | |

This Judgment In Favor of Defendant Life Insurance Settlements, Inc.' (the "**Judgment**") is made with reference to the foregoing:

1. Defendant Life Insurance Settlements, Inc. ("**LIS**") filed a Motion for Summary Judgment or in the Alternative for Partial Summary Judgment or Summary Adjudication (the "**Motion**")(Dkt. No. 33), along with evidentiary materials and a supporting separate statement. The Motion was fully briefed, with Plaintiff Kappe filing Opposition materials, including declarations and a responding Separate Statement, and

1  LIS filed Reply materials. The matter was set for hearing on October 25, 2010, but the
2  matter was deemed appropriate for decision without oral argument.
3           2.     The Court reviewed and considered all documents, evidence and
4  supporting materials presented in support of and in opposition to the Motion, and after
5  such consideration granted the LIS Motion in its entirety, for the reasons set forth in its
6  "Order Granting Defendant, Life Insurance Settlement's, Motion For Summary
7  Judgment" (Dkt. No. 63), including on the ground that there were no triable issues of
8  material fact as to any of Kappe's claims as against LIS.
9           3.     In light of the Order granting the LIS Motion, and because good cause
10 appears therefor,

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED THAT:**

12          1.     The First Amended Complaint of Kappe as against LIS is dismissed on
13 the merits with prejudice as to all counts against LIS.
14          2.     Kappe shall take nothing by his First Amended Complaint as against LIS.
15          3.     Defendant LIS shall be entitled to recover its costs from Plaintiff Kappe.

Dated: November 24, 2010                  _____
                                          Hon. Otis D. Wright II
                                          Judge of the United States District Court

Respectfully submitted,

**PFEIFFER THIGPEN FITZGIBBON & ZIONTZ LLP**
THOMAS N. FITZGIBBON

_____
     Thomas N. FitzGibbon
Attorneys for Defendant
Life Insurance Settlements, Inc.

Pfeiffer Thigpen FitzGibbon & Ziontz LLP
233 Wilshire Blvd., Suite 220
Santa Monica, California 90401