UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3459 ODW(AGRx) | Date | December 22, 2010 |
|---|---|---|---|
| Title | Ray Kappe v. AXA Equitable Life Insurance Company et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [74] filed December 21, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, January 31, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial, related pretrial hearing dates and filing deadlines are VACATED.

IT IS SO ORDERED.

                                                                                     :    00

                                                            Initials of Preparer    RGN